# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-1371
Lower Tribunal No. 09-6638
_____

**Javier A. Carrillo, et al.,**
Appellants,

vs.

**IndyMac Fed Bank (FSB), et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Rodolfo A. Ruiz, Judge.

Javier A. Carrillo and Mayra E. Farias, in proper persons.

Greenberg Traurig, P.A., Kimberly S. Mello and Vitaliy Kats (Tampa), for appellee, U.S. Bank National Association.

Before FERNANDEZ, LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed on the authority of Florida Rule of Appellate Procedure 9.315(a).

Fla. R. App. P. 9.315(a) ("After service of the initial brief ... the court may

summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").